IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. DNCW3:11CR77-001 |
| | ) | (Financial Litigation Unit) |
| MICHAEL KLINGSPORN. | ) | |

**WRIT OF EXECUTION**

TO THE UNITED STATES MARSHAL
and WELLS FARGO BANK NA:

A judgment was entered on November 2, 2011 in the United States District Court for the Western District of North Carolina in favor of the United States of America and against the defendant, Michael Klingsporn, whose last known address is XXXXXXXXXXXXX, Matthews, North Carolina 28105, in the sum of $118,081.00. The balance on the account as of December 20, 2011 is $117,981.00.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and Wells Fargo Bank NA is commanded to **turn over property** in which the defendant, Michael Klingsporn, has a substantial nonexempt interest, said property being funds in the amount of approximately $7,405.29 held by Wells Fargo Bank NA in savings account number XXXXXXXXX9770, which account is held in the name of Michael A. Klingsporn, at the following address: Wells Fargo Bank NA, P.O. Box 8667, Philadelphia, Pennsylvania 19101, ATTN: Liens, Levies and Garnishments.

Signed: December 20, 2011

David C. Keesler
United States Magistrate Judge